# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Travis L. Burg,                              Bankruptcy No. 22-60172
                                                 Chapter 7 Case

                Debtor.

_____

Erik A. Ahlgren, Trustee

                Plaintiff,
     vs.                                  Adv Proc No. 22-06018

K & C Foreign Auto Parts, LLC

                Defendant.

---

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Lisa Ahlgren, declare under penalty of perjury that on December 5, 2022 she caused to be served the following documents in connection with the above referenced case:

  Summons (Doc 3) and Complaint (Doc 1)

by sending true and correct copies via USPS first class postage pre-paid to:

K & C Foreign Auto Parts, LLC
Attn: Officer or Managing Agent
1380 Prairie Drive
Rockville MN 56369


Executed on: December 5, 2022          Signed: /e/Lisa Ahlgren
                                                                  Lisa Ahlgren
                                                                  220 W. Washington Ave, Ste 105
                                                                  Fergus Falls, MN 56537